UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KRISTYN PLUMMER, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:17-cv-02177-WTL-MPB |
| NICOR ENERGY SERVICES COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |
| DONALD PYLES, SUSAN SCHROEDER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | No. 1:18-cv-02840-WTL-MPB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| NICOR ENERGY SERVICES COMPANY, | ) ) ) ) | |
| Defendant. | | |

**UNOPPOSED AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND TO SET FINAL FAIRNESS HEARING FOR NOVEMBER 19, 2018**

Plaintiffs Kristyn Plummer, Donald Pyles, and Susan Schroeder, by counsel, respectfully submit this Amended Unopposed Motion for Preliminary Approval of Class Action Settlement, which incorporates and supplements the Plaintiffs' prior motion and memorandum in support of preliminary approval (ECF Nos. 62 & 63) and addresses the modifications to the proposed Preliminary Approval Order, Final

Approval Order, and Notices requested by the Court. In support, the Plaintiffs state:

1.  On July 26, 2018, Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. (ECF No. 62.)

2.  The parties thereafter participated in two teleconferences on September 5 and 12 with Magistrate Judge Brookman regarding the transfer of the *Pyles* matter to this Court and the Court's proposed edits to the Preliminary Approval Order and Notices and the Final Approval Order.

3.  The *Pyles* matter has now been transferred to this Court, No. 1:18-cv-02840-WTL-MPB. The parties modified the Preliminary Approval Order and Notices and the Final Approval Order to address the transfer of *Pyles* to this Court and to address the edits the parties discussed with Magistrate Brookman.[1]

4.  Attached as Exhibit 1 to this motion is the revised Preliminary Approval Order with revised Notices. Attached as Exhibit 2 to this motion is the revised Final Approval Order. Attached as Exhibits 3 and 4 are redlined versions of those documents that, for the Court's convenience, show the changes that have been made.

---

[1] The Settlement Class definition was edited as requested by the Court in the revised Preliminary Approval Order and Notices and Final Approval Order. The Settlement Agreement itself expressly provides for the Court to modify the Settlement Agreement terms, including the Settlement Class definition, therefore, edits to the Settlement Agreement itself were not necessary.

5. Having made the requested revisions, Plaintiff respectfully moves the Court to enter the attached revised Preliminary Approval Order, which includes the revised Notices.

6. Plaintiff also respectfully moves the Court to schedule the final Fairness Hearing for the afternoon of November 19, 2018, which is a date and time that counsel for both parties are available.

7. Counsel for Defendant does not oppose this motion.

Dated: October 5, 2018                              Respectfully submitted,

                                            s/Lynn A. Toops
Irwin B. Levin
Richard E. Shevitz
Vess A. Miller
Lynn A. Toops
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANTSTETTER STRANCH & JENNINGS PLLC
223 Rosa L Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Counsel for Plaintiff and the Proposed Plaintiff Class*

## **CERTIFICATE OF SERVICE**

I certify that on October 5, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

s/Lynn A. Toops<br>
Lynn A. Toops